BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LENS.COM MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3151 |

ADAM NAIL'S RESPONSE (JOINDER) TO
LENS.COM'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1407

NOW COMES, ADAM NAIL ("Nail") and pursuant to Rule 6.2 of the Rules of Procedure for the United States Judicial Panel Multidistrict Litigation and for his Response (Joinder) to Lens.Com's Motion for Transfer of Actions to the District of Nevada pursuant to 28 U.S.C. §1407, joins in the Response of Plaintiff, Rickey Martin (Dkt. 15) in all material respects including the argument and relief sought therein.

Date: February 26, 2025

Respectfully submitted,
LTL ATTORNEYS LLP

By: */s/ Caleb H. Liang*

Caleb H. Liang (California Bar No. 261920)
300 S Grand Ave, Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
caleb.liang@ltlattorneys.com

Allison Schmidt (NV Bar No. 10743)
Email: allison@nevadaslawyers.com
10777 W. Twain Ave., Ste. 300
Las Vegas, NV 89135
Telephone: (702) 900-9040

*Attorneys for Plaintiff ADAM NAIL
and the putative class*

1