BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: LENS.COM MARKETING AND          MDL DOCKET NO. 3151
SALES PRACTICES LITIGATION

## MARY AGRELLA FITPATRICK'S RESPONSE (JOINDER) TO LENS.COM'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1407

NOW COMES, MARY AGRELLA FITZPATRICK ("Fitzpatrick") and pursuant to Rule 6.2 of the Rules of Procedure for the United States Judicial Panel Multidistrict Litigation and for her Response (Joinder) to Lens.Com's Motion for Transfer of Actions to the District of Nevada pursuant to 28 U.S.C. §1407, joins in the Response of Plaintiff, Rickey Martin (Dkt. 15) in all material respects including the argument and relief sought therein.

Date: February 26, 2025

                 Respectfully submitted,
                 MEYERS & FLOWERS, LLC

                 By: */s/ Matthew Herman*
                      Matthew Herman

                 MEYERS & FLOWERS, LLC
                 Matthew Herman
                 Email: mh@meyers-flowers.com
                 3 N. Second Street, Ste. 300
                 Telephone: (630) 797-6333
                 Facsimile: (630) 845-8982

                 Allison Schmidt (NV Bar No. 10743)
                 Email: allison@nevadaslawyers.com
                 10777 W. Twain Ave., Ste. 300
                 Las Vegas, NV 89135
                 Telephone: (702) 900-9040

                 *Attorneys for Plaintiff MARY AGRELLA*
                 *FITZPATRICK and the putative class*